No. 98-1773. Griffin et al. v. Griffin. Ct. App. Miss. Certiorari denied.

No. 98-1775. Soniregun v. Immigration and Naturalization Service. C. A. 4th Cir. Certiorari denied.

No. 98-1781. Allianz Life Insurance Company of North America v. Bartgis. Sup. Ct. Nev. Certiorari denied.

No. 98-1787. Estate of Oliver, Deceased, by Richardson, Personal Representative v. Florida et al. C. A. 11th Cir. Certiorari denied.

No. 98-1788. Concorde-New Horizons Corp. v. Shoptalk, Ltd., et al. C. A. 2d Cir. Certiorari denied.

No. 98-1792. Washington v. Washington Metropolitan Area Transit Authority. C. A. D. C. Cir. Certiorari denied.

No. 98-1812. Kasi v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 98-1814. Cannings v. Librarian of Congress et al.; Cannings v. Librarian of Congress et al.; and Evelyn v. Librarian of Congress et al. C. A. D. C. Cir. Certiorari denied.

No. 98-1815. Dachman v. United States. C. A. 4th Cir. Certiorari denied.

No. 98-1819. Robbins et vir v. United States. C. A. Fed. Cir. Certiorari denied.

No. 98-1824. Chrysler v. City of West Covina et al. C. A. 9th Cir. Certiorari denied.

No. 98-1830. Richardson v. Albertson's, Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 98-1835. Fulk et al. v. United Transportation Union. C. A. 7th Cir. Certiorari denied.